**Order of October 6, 2022 Withdrawn; Order filed October 27, 2022**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-22-00639-CV

——————————

### DARRELL J. HARPER, Appellant

### V.

### HARRIS COUNTY TAX ASSESSOR-COLLECTOR AND ANN HARRIS BENNETT, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-13792**

---

## ORDER

Appellant filed an uncontested Statement of Inability to Afford Payment of Court Costs in the trial court. Therefore, appellant is not required to pay costs in this court. *See* Tex. R. App. P. 20.1. The order issued on October 6, 2022 requiring the payment of costs is **WITHDRAWN.**

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.